1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

SAMANTHA HERNANDEZ,

9

Petitioner,

Case No. C23-968-BJR

10

v.

11

H. BARRON, Warden, Federal Detention
Center SeaTac, *et al*.,

ORDER DISMISSING FEDERAL
HABEAS ACTION

12

13

Respondents.

14

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28

15

U.S.C. § 2241, Respondents' response and suggestion of mootness, the Report and

16

Recommendation of S. Kate Vaughan, United States Magistrate Judge, any objections thereto,

17

and the remaining record, hereby finds and ORDERS:

18

(1)    The Report and Recommendation is approved and adopted.

19

(2)    Petitioner's petition for writ of habeas corpus (Dkt. 1) and this action are

20

DISMISSED as moot.

21

(3)    The Clerk is directed to send copies of this Order to all counsel of record and to

22

Judge Vaughan.

23

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

DATED this 2nd day of January, 2024.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2